**MEMO ENDORSED**

LAW OFFICES
# DAVID WIKSTROM
WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208
NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 9, 2013

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
*By email and Regular Mail*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-13
```

Re: United States v. Mitchell Engelson, *et al.*
13 CR 340 (RJS)

Dear Judge Sullivan:

I am the attorney for Mitchell Engelson, one of four defendants in the above-named case. An indictment was returned this week, and your Honor has set the matter down for an initial conference at 2:30 on Monday, May 20, 2013.

On that afternoon, my son is being sworn in as a member of the New York bar at a ceremony in the Appellate Division, First Department. The ceremony begins at 3:00 p.m.; accordingly, I will be unavailable to attend the conference before your Honor as currently scheduled. I therefore respectfully request that the Court reschedule the conference for the morning of May 22, 2013. I have conferred with Assistant United States Attorney Rebecca Mermelstein and with my cocounsel, and know that all counsel are available on the proposed new date.

I therefore request that the conference be adjourned from May 20th at 2:30 p.m., to May 22nd at 10:00 a.m. I thank the Court for its courtesy and assistance.

Sincerely,

David Wikstrom

IT IS HEREBY ORDERED THAT the initial conference shall instead be held on Wednesday, May 22, 2013 at 11:30 a.m. in Courtroom 905 at 40 Foley Square.

SO ORDERED
Dated: 5/9/13
RICHARD J. SULLIVAN
U.S.D.J.